IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **KIMBERLY RUSSELL a/k/a Kimberly Moore, individually and on behalf of a class of others similarly situated,** | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CIVIL ACTION NO. 14-0323-CG-B ) |
| **PALISADES COLLECTION, LLC,** | ) ) |
| Defendant. | ) |

# ORDER

The parties having filed a joint Stipulation of Dismissal with Prejudice (Doc. 61), all claims in this cause are hereby **DISMISSED WITH PREJUDICE** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear her or its own costs.[1]

**DONE and ORDERED** this 23rd day of May, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] In light of the foregoing, the Defendant's Motion for Judgment on the Pleadings (Doc. 53) is deemed to be **MOOT**.